IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

**JAMES E. SMITH AND ASTRID SMITH,**
    Plaintiffs,

v.                                  Civil No. 2:09-cv-02315-STA-cgc

**NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY**

    Defendant.

### STIPULATION OF SETTLEMENT

The parties, jointly, stipulate and notify the Court that this case has been fully settled and resolved with each party to bear their own discretionary costs in this matter. A proposed Order of Dismissal approved by the parties has been sent separately via email to District Judge S. Thomas Anderson for consideration by the Court.

                                              Respectfully submitted,

                                              *s/Jonathan E. Scharff*
                                              **JONATHAN E. SCHARFF**
                                              Registration No. 016890
                                              Attorney for Plaintiff

                                              **HARRIS SHELTON HANOVER
                                              WALSH, PLLC**
                                              One Commerce Square, Suite 2700
                                              Memphis, TN   38103-2555
                                              901-525-1455

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual Fire Insurance Company
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2009, a copy of the foregoing STIPULATION OF SETTLEMENT was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

Jonathan E. Scharff, Esquire
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN   38103-2555
jscharff@harrisshelton.com

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

GAB:car