IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

**JAMES E. SMITH AND ASTRID SMITH,**
    **Plaintiffs,**

v.　　　　　　　　　　　　　　　　**Civil No. 2:09-cv-02315-STA-cgc**

**NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY**

    **Defendant.**

## ORDER OF DISMISSAL

The Court, having been notified by the parties by Joint Stipulation of Settlement that the case has been fully settled and compromised and should be dismissed,

It is hereby ORDERED that this case is dismissed. Each party will bear their own discretionary costs.

                                         s/ S. Thomas Anderson
                                         **S. THOMAS ANDERSON**
                                         **UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

*s/Jonathan E. Scharff*
**JONATHAN E. SCHARFF**
Registration No. 016890
Attorney for Plaintiff

**HARRIS SHELTON HANOVER WALSH, PLLC**
One Commerce Square, Suite 2700
Memphis, TN   38103-2555
901-525-1455

09-2315.doc

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual Fire Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2009, a copy of the foregoing proposed Order of Dismissal was submitted for approval via email to:

United States District Judge S. Thomas Anderson
ECF_Judge_Anderson@tnwd.uscourts.gov

with a copy via email to:

Jonathan E. Scharff, Esquire
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN   38103-2555
jscharff@harrisshelton.com

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

GAB:car