*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **JAMES E. SMITH and ASTRID SMITH** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** | **CASE NO: 09-2315-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Order Of Dismissal entered on July 20, 2009, this cause is hereby dismissed.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 7/20/2009**              **THOMAS M. GOULD**
                                 **Clerk of Court**

                                 **s/Terry L. Haley**
                                 **(By)  Deputy Clerk**